The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>        v.<br><br>ARNIE BOCK,<br><br>        Defendant. | NO. 11-CR-366-JLR<br><br>**Order** |

This Court, having considered the Joint Status Report and Motion of the parties requesting to extend the release date directed by my order dated October 23, 2020, and finding good cause for the same, hereby grants the motion. For the protection of defendant Arnie Bock's health and that of the public, THIS COURT ORDERS:

1. The fourteen day period for the release of the defendant directed by my order of October 23, 2020, shall be extended by seven days until November 13, 2020. The defendant shall be released from custody by that date, provided that he has tested negative for COVID-19 and the medical staff at the FMC Rochester believe that it will not endanger his health and that of others for him to travel.

2. If there is any basis to believe that he cannot be released by that date because of his medical condition, the parties are to provide an immediate status report to this Court.

Joint Status Report and Motion to Extend
Release Date/
*United States v. Bock,* 11-366-JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. Upon his release, the defendant is to reside at the address reported in the joint status report of the parties.

Dated this 3rd day of November, 2020.

JAMES L. ROBART
United States District Judge

Prepared by:

*/s/ Helen J. Brunner*
HELEN J. BRUNNER
Assistant United States Attorney

Presented by:

Joint Status Report and Motion to Extend Release Date/
*United States v. Bock*, 11-366-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970